# MEMO ENDORSED

 **RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

June 5, 2026

**LAURA J. GINDELE**
(516) 357-3274
laura.gindele@rivkin.com

The request is **GRANTED**. The parties are directed to file either a stipulation of dismissal or a joint status letter updating the Court on the status of settlement by no later than **July 8, 2026**. The Clerk of Court is respectfully directed to close the gavel on ECF No. 22.

**VIA ECF**
Magistrate Judge Victoria Reznik
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains NY 10601

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 6/8/2026

Re:     Christopher Cannon & Rosanna Cannon v. State Farm Fire & Casualty Company
        United States District Court, Southern District of New York
        Docket No.: 25-cv-05860

Dear Magistrate Judge Reznik:

We represent Defendant, State Farm Fire and Casualty Company ("State Farm") in the above-referenced action. We write jointly with Plaintiffs' counsel pursuant to Your Honor's May 8, 2026 Memo Endorsement directing the parties to file either a stipulation of dismissal or status letter by June 8, 2026.

The parties are in the final stages of exchanging settlement documents and respectfully request an extension through July 8, 2026, to file a Stipulation of Dismissal. We appreciate the Court's assistance in facilitating the resolution of this matter and thank the Court for its consideration of this request.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ Laura J. Gindele
Laura J. Gindele

LJG/pk

cc: All counsel via ECF

4920-6915-7810, v. 2